No. 75–5661. WINTERS v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 75–5673. SNOW v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5691. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–5707. HINES v. BOMBARD, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 75–5729. TEPLITSKY v. BUREAU OF EMPLOYEES' COMPENSATION, U. S. DEPARTMENT OF LABOR, ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–5829. NOROIAN ET AL. v. CALIFORNIA ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 75–5834. HARMON v. HODGE. C. A. D. C. Cir. Certiorari denied.

No. 75–5846. SELLARS v. ESTELLE, CORRECTIONS DIRECTOR. Certiorari before judgment to C. A. 5th Cir. Certiorari denied.

No. 75–5852. RANDALL v. METHENY ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–5856. BROOKS v. BAY STATE ABRASIVE PRODUCTS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–5859. PATTERSON v. BUSBEE, GOVERNOR OF GEORGIA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–5862. HOFFMAN v. GEORGETOWN UNIVERSITY HOSPITAL CORP. Ct. App. D. C. Certiorari denied.